July 23, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

JAMES CHARLES SMITH, Appellant

NO. 14-12-00825-CV                              V.

PIONEER HOMES BUILDERS, INC., Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on August 28, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, James Charles Smith.

We further order this decision certified below for observance.